UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THEREASA MOEN,

               Plaintiff,

      v.

MICHAEL ASTRUE, Commissioner of Social Security,

               Defendant.

CASE NO. C09-5729 BHS

ORDER AMENDING THE BRIEFING SCHEDULE

Based on the agreed motion of the parties, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

Plaintiff shall have up to and including May 10, 2010 to file Plaintiff's opening brief;

Defendant shall have up to and including June 7, 2010 to file Defendant's responsive brief;

Plaintiff shall have up to and including June 21, 2010, to file an optional reply brief; and

Oral argument, if desired, shall be requested by June 28, 2010.

DATED this 24th day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER [C09-5729 BHS] - 1