Magistrate Judge Benjamin H. Settle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THEREASA MOEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  C09-5729-BHS/JRC |
| ) | |
| MICHAEL J. ASTRUE, ) | ORDER FOR EXTENSION OF |
| ) | TIME FOR PLAINTIFF TO |
| Commissioner, Social ) | FILE OPENING BRIEF |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

Upon agreed motion of the parties for an extension of time for plaintiff to file their opening brief,

**IT IS ORDERED** that said motion be, and the same hereby is, granted and said plaintiff is allowed additional time, through **June 14, 2010**, in which to file plaintiff's opening brief.

ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF   1

**IT IS FURTHER ORDERED** that defendant shall have until **July 12, 2010**, in which to file the Commissioner's brief, and plaintiff shall have until **July 26, 2010**, to file their optional reply brief. Oral argument, if desired, shall be requested by August 2, 2010.

DATED this 12th day of May, 2010.

J. Richard Creatura
United States Magistrate Judge