UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THEREASA MOEN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant.

CASE NO. C09-5729 BHS JRC

ORDER EXTENDING BRIEFING SCHEDULE

BASED upon the motion of defendant (Doc. 20) and with no objections from the plaintiff, the Court hereby directs counsel to conform to the following amended briefing schedule:

Defendant's responsive brief shall be due on or before August 18, 2010;

Plaintiff's optional reply shall be due on or before September 1, 2010; and

Oral argument shall be requested by September 8, 2010.

DATED this 13th day of July, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1