UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THEREASA MOEN,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No.  3:09-cv-5729-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Second Motion, and that Plaintiff Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 20, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including October 4, 2010, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by October 11, 2010.

The court notes that this is the fourth time the briefing schedule has been extended and without good cause shown, no further extensions will be granted.

DATED this 19th day of August, 2010.

J. Richard Creatura
United States Magistrate Judge