UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THEREASA MOEN, | |
| Plaintiff, | CASE NO. C09-5729BHS |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 27). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The Report and Recommendation is **ADOPTED**;

(2)   The action is **REMANDED** to the Administrative Law Judge for further consideration in accordance with the Report and Recommendation.

DATED this 26th day of October, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER