# United States District Court
WESTERN DISTRICT OF WASHINGTON

THEREASA MOEN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5729BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

The action is **REMANDED** to the Administrative Law Judge for further consideration in accordance with the Report and Recommendation.

October 28, 2010  
Date

WILLIAM M. McCOOL  
Clerk

*s/CM Gonzalez*  
Deputy Clerk